IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:23-cv-53-FL

| ANTHONY LEON SAWYER, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| JOHN LEIDY Attorney at Law, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter is before the court on plaintiff's motion to proceed in forma pauperis (DE 4) and for review pursuant to 28 U.S.C. § 1915(e). United States Magistrate Judge Kimberly A. Swank entered memorandum and recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended plaintiff's motion be denied and that the clerk be directed to close the case unless plaintiff pays the requisite filing fee by November 6, 2023. (DE 7). Plaintiff did not file objections to the M&R, and the time within which to make any objection has expired. In this posture, the issues raised are ripe for ruling.

Upon a careful review of the M&R, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Because no objections have been filed, the court reviews the magistrate judge's findings and conclusions only for clear error, and need not give any explanation for adopting the M&R. Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005); Camby v. Davis, 718 F.2d 198, 200 (4th Cir. 1983).

1

Here, the magistrate judge recommends denial of plaintiff's motion and closure of the case unless plaintiff pays the requisite filing fee by November 6, 2023. Upon careful review of the M&R, the court finds the magistrate judge's analysis to be thorough, and there is no clear error. The court hereby ADOPTS the recommendation of the magistrate judge as its own, and plaintiff's motion is denied. Because plaintiff did not pay the requisite filing fee by November 6, 2023, the clerk of court is DIRECTED to close the case.

SO ORDERED, this the 4th day of December, 2023.

LOUISE W. FLANAGAN
United States District Judge