| | |
|---|---|
| ANTHONY LEON SAWYER )<br>　　　　Plaintiff, )<br>v. )<br>)<br>JOHN LEIDY, Attorney at Law )<br>　　　　Defendant. ) | **JUDGMENT**<br>2:23-cv-53-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the memorandum and recommendations of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 4, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on December 4, 2023, and Copies To:**
Anthony Leon Sawyer (via US Mail) 2715 West Main St. Ext., Elizabeth City, NC 27909

December 4, 2023　　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　(By)　　Sandra K. Collins, Deputy Clerk